# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| BORÇELIK ÇELIK SANAYII TICARET A.Ş., ARCELORMITTAL ÇELIK TICARET A.Ş., BAMESA CELIK SERVIS SAN. VE TIC. A.Ş., and BAMESA MURADIYE DEMIR ÇELIK SAN. VE TIC. A.Ş, | ) ) ) ) ) ) ) |
| *Plaintiffs,* | ) ) |
| *v.* | ) ) |
| UNITED STATES, | )   Court No. 26-00722 ) |
| *Defendant.* | ) ) ) ) |

## ORDER

Upon consideration of the Consent Motion to Intervene as Defendant-Intervenors filed by Steel Dynamics, Inc. and the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC (collectively, the "Applicants"), all other papers and proceedings herein, and upon due deliberation, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the Applicants be entered as Defendant-Intervenors in the above-captioned action.

_____
Judge _____
U.S. Court of International Trade

Dated: _____, 2026
    New York, New York

Pursuant to Rule 82(b)(5), the above motion is Granted.

Dated: February 13, 2026

    Clerk of the Court
    By: /s/ Giselle Almonte
    Deputy Clerk